

, 2021

**FILED**

JAN 1 2 2021

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

RE: LUTHER APPLIANCE & FURNITURE SALES ADDRESS CHANGE

| DEBTOR(S) | CASE # | CLAIM # |
|---|---|---|
| Eric Solomon | 20-13622 | 2 |
|  |  |  |
|  |  |  |
|  |  |  |

Dear Clerk of the Court,

Please be advised that Luther Appliance & Furniture Sales has relocated.

Old Address:   129 Oser Avenue, Hauppauge, NY 11788

**New Address:   99 Sunnyside Blvd., Suite 101, Woodbury, NY 11797**

Thank you for your attention in this matter.

Sincerely,

*Michael Morolla*

Legal Director
LUTHER APPLIANCE & FURNITURE SALES LEGAL DEPARTMENT